# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUELA GUADALUPE<br>LIZARRAGA-HERNANDEZ,<br><br>Defendant. | Case No. 15-2132M<br><br>ORDER OF DETENTION |

FILED CLERK, U.S. DISTRICT COURT
NOV - 3 2015
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

I.

The Defendant was arrested in this District pursuant to a warrant issued by the United States District Court for the Eastern District of California, based on a Complaint charging Defendant with possession with intent to distribute methamphetamine, in violation of 21 U.S.C. § 846, submitted on the matter of detention at her initial appearance and requested a detention hearing in the charging district.

☒ On motion of the Government [18 U.S.C. § 3142(f)(1)] in a case allegedly involving a narcotics or controlled substance offense with maximum sentence of ten or more years.

☒ On motion by the Government or on the Court's own motion [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

II.

The Court finds that no condition or combination of conditions will reasonably assure: ☒ the appearance of the defendant as required.
☒ the safety of any person or the community.

III.

The Court has considered: (a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device; (b) the weight of evidence against the defendant; (c) the

history and characteristics of the defendant; and (d) the nature and seriousness of the danger to any person or the community.  [18 U.S.C. § 3142(g)]  The Court also considered all the evidence adduced at the hearing and the arguments, the arguments of counsel, and the report and recommendation of the U.S. Pretrial Services Agency.

## IV.

The Court bases its conclusions on the following:

As to risk of non-appearance:

- ☒ Lack of bail <u>sufficient</u> resources
- ☒ No stable residence or employment
- ☒ Undocumented Alien
- ☒ Ties to Mexico
- ☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

As to danger to the community:

☒ Allegations in present charging document. The Court is particularly concerned about photos of Defendant's 12-year old daughter handling and/or labeling packages of controlled substances as alleged in the affidavit in support of the complaint.

☒ Unrebutted presumption [18 U.S.C. § 3142(e)(2)]

V.

☐ The Court finds a serious risk that the defendant will

☐ obstruct or attempt to obstruct justice.

☐ threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

The Court bases its conclusions on the following:

VI.

IT IS THEREFORE ORDERED that the defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. [18 U.S.C. § 3142(i)].

1 | The Court notes that defendant has requested a detention hearing in
2 | the charging district.

Dated: November 3, 2015

_____/s/_____
HON. ALKA SAGAR
UNITED STATES MAGISTRATE JUDGE